Deion Lamar Meadows
c/o Jacek W. Lentz
9171 Wilshire Blvd., Suite 500
Beverly Hills, CA 90210
Telephone: (213) 250 - 9200
Facsimile: (888) 571 - 5591
Email: jwl@lentzlawfirm.com

**Claimant In Pro Per**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 28 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br><br>$45,350.00 In United States Currency,<br><br>              Defendant(s). | Case No. 1:23-cv-00725-SCJ<br><br>**VERIFIED CLAIM AND STATEMENT OF INTEREST FOR CLAIMANT IN PRO PER DEION LAMAR MEADOWS** |

**Claimant In Pro Per**, DEION LAMAR MEADOWS, hereby makes claim to the Defendant property to wit, $45,350.00 in U.S. currency.

I.

Claimant has the right to make this claim on the grounds that he is an owner of the Defendant property.

VERIFIED CLAIM AND STATEMENT OF INTEREST            -1-

II.

The property claimed by the Claimant shall be returned to Claimant for the reason that the said property was not and is not subject to seizure or forfeiture pursuant to Title 18, United States Code, Section 983(d) or any other statute. Claimant would further show that no probable cause existed for the seizure of such property and such property was unlawfully seized.

## **VERIFICATION**

I, Deion Lamar Meadows, verify that I have read the foregoing Claim, and declare under the penalty of perjury that the allegations therein are true and correct.

Executed this 17TH day of March, 2023.

Respectfully submitted,

By: *[signature]*
Deion Lamar Meadows
**Claimant In Pro Per**

## PROOF OF SERVICE

I, Gina Garfias, declare as follows:

I am over the age of eighteen years, and not a party to the within case; my business address is The Lentz Law Firm, P.C., 9171 Wilshire Blvd, Suite 500, Beverly Hills, California 90210. March 24, 2023, I served the within:

**VERIFIED CLAIM AND STATEMENT OF INTEREST BY CLAIMANT IN PRO PER DEION LAMAR MEADOWS**

in the United States District Court for the District of Georgia, Court Case Number 1:23-CV-000725-SCJ, by sending a true copy thereof, as indicated and addressed as follows:

Radka T. Nations
Assistant United States Attorney
75 Ted Turner Drive, S.W.
Suite 600
Atlanta, GA 30303

[X] **(BY MAIL)** By placing such document in an envelope, with postage thereon fully prepaid for First Class Mail, for collection and mailing at Whittier, CA. I am readily familiar with the process of collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] **(BY PERSONAL SERVICE)** By causing such document to be delivered by hand with instructions that it be personally served.

[ ] **(BY FACSIMILE)** By placing such document for collection and transmission at the office of The Lentz Law Firm, P.C., Beverly Hills, California, to the facsimile numbers listed above. I am readily familiar with the practice of The Lentz Law Firm, P.C., for collection and processing of facsimiles, said practice being that in the ordinary course of business, facsimiles are transmitted immediately after being placed for processing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on March 23, 2023, at Whittier, California.

*Gina Garfias*
Gina Garfias

PROOF OF SERVICE