IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　PLAINTIFF,<br><br>　　　　　v.<br><br>$45,350.00 IN UNITED STATES CURRENCY,<br>　　DEFENDANT. | Civil Action No.<br><br>1:23-cv-00725-SCJ |

## CONSENT ORDER OF FORFEITURE AND FINAL JUDGMENT

On or about October 6, 2022, agents with the Drug Enforcement Administration ("DEA"), seized $45,350.00 in United States currency ("Defendant Currency") from Deion Lamar Meadows ("Meadows"). On February 16, 2023, the United States filed a Verified Complaint for Forfeiture ("Complaint") against the Defendant Currency pursuant to Title 21, United States Code, Section 881(a)(6) and Title 18, United States Code, Section 981(a)(1)(C). (Doc. 1).

On February 27, 2023, the United States sent notice of the filing of this action and a copy of the complaint via certified mail, return receipt requested, and via regular U.S. mail, to Meadows (Doc. 5). On February 27, 2023, the United States sent notice of the filing of this action and a copy of the complaint via certified mail, return receipt requested, and via regular U.S. mail, to Jacek Lentz, as the attorney who filed an administrative claim with the DEA on Meadows' behalf in the

administrative forfeiture proceedings (Doc. 4). In addition to serving direct notice on the known potential claimants, the United States also notified all other potential claimants of this action by posting notice of the forfeiture action on the official government internet site forfeiture.gov for 30 consecutive days, beginning on February 28, 2023 and ending on March 29, 2023 (Doc. 9).

On March 28, 2023, Meadows filed a Verified Claim in this action, alleging his ownership interest in the Defendant Currency pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (Doc. 8). On March 28, 2023, Meadows filed an Answer to the Complaint (Doc. 7). No other verified claims have been filed in this action as to Defendant Currency.

The United States and Claimant Meadows (collectively, the "Parties") have entered into a Stipulation of Final Settlement and Release of All Claims resolving all of the issues as to the Defendant Currency raised in the Complaint. Specifically, the Parties have agreed that the United States shall release $7,500.00 to Claimant, and in exchange, Claimant consents to the forfeiture of the remaining $37,850.00 to the United States, which will be disposed of according to law. This agreement constitutes a full and final settlement of any and all claims that Claimant has as a result of the seizure described in the Complaint.

WHEREFORE, the Court hereby finds that the United States has furnished due and legal notice of this proceeding as required by statute and that all persons known to the United States to have a possible interest in the Defendant Currency have received notice in this action.

Therefore, IT IS HEREBY ORDERED AS FOLLOWS:

1. The United States shall release $7,500.00 (Seven Thousand Five Hundred Dollars), to Claimant. Claimant shall not be entitled to receive any further payment from the United States as a result of the seizure described in the Complaint.

2. A Final Judgment of Forfeiture is hereby entered in favor of the United States against the remaining $37,850.00 (Thirty Seven Thousand Eight Hundred Fifty Dollars), which shall be disposed of by the United States according to law and the terms of this Order.

3. Nothing in the Stipulation of Final Settlement and Release of All Claims, nor in this Consent Order of Forfeiture and Final Judgment, shall prevent the Federal Government from exercising its right to offset any funds to be released to Claimant for any outstanding tax liability of the Claimant as authorized by applicable laws.

4. Each party shall bear its own costs of suit and attorneys' fees.

SO ORDERED this  2nd  day of  June  2023.

                                                s/Steve C. Jones
                                                STEVE C. JONES
                                                UNITED STATES DISTRICT JUDGE

Prepared by:

| | |
|---|---|
| **RYAN K. BUCHANAN**<br>*United States Attorney* | The Lentz Law Firm, P.C. |
| *Radka T. Nations* (signature)<br>**RADKA T. NATIONS**<br>*Assistant United States Attorney*<br>Georgia Bar No. 618248<br>600 U.S. Courthouse<br>75 Ted Turner Drive, S.W.<br>Atlanta, GA 30303<br>Telephone: (404) 581-6000<br>Radka.Nations2@usdoj.gov | *Jacek Lentz* (signature)<br>**JACEK LENTZ**<br>California Bar No. 213198<br>9171 Wilshire Blvd., Ste. 500<br>Beverly Hills, CA 90210<br>(213) 250-9200<br>jwl@lentzlawfirm.com |
| Attorneys for Plaintiff<br>United States of America | Attorney for Claimant<br><br>*Deion Meadows* (signature)<br>**DEION LAMAR MEADOWS**<br>Claimant |

4